**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

ANTHONY T. THOMPSON                                                                 PLAINTIFF

v.                                          3:08CV00043 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                              DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 27th day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE